**Exhibit A to the Complaint**

**Location:** West Grove, PA  **IP Address:** 72.92.36.165
**Total Works Infringed:** 44  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 11/27/2017 23:36:05 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 2 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/06/2017 23:45:26 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 3 | 1622395FAB45AD3232279ED2EB045E13AC88C8F7 | Blacked | 10/09/2017 01:37:37 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 4 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/09/2017 22:31:54 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 5 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/10/2017 22:20:45 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 6 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/07/2018 02:33:00 | 01/06/2018 | 01/18/2018 | 16215823819 |
| 7 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/21/2017 00:50:16 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 8 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/27/2017 15:03:54 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 9 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/18/2017 00:57:08 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 10 | 3C42D23AF6864A00AE4CBA8B257DE842262A5911 | Blacked | 05/27/2017 01:18:52 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 11 | 3FCA9E1F4842F488066AA0CD8602EF7CA60E5EA2 | Blacked | 06/10/2017 23:56:37 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 12 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/25/2017 02:05:26 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 13 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/03/2017 23:11:24 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 14 | 49AC32A35FDA73ED25DC180D6DB00F409402501B | Tushy | 11/08/2017 00:41:16 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 15 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/27/2017 23:31:07 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 16 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/09/2017 01:33:26 | 10/08/2017 | 10/22/2017 | PA0002058298 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 50759CA5CFAA4ED7A53C06CF8F524D21691C6587 | Blacked | 09/29/2017 01:18:23 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 18 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/27/2017 00:32:34 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 19 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 05/09/2017 22:05:49 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 20 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/21/2017 02:03:40 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 21 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/12/2017 02:02:20 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 22 | 7F60E5679CD0B8BA8E55083B48D3C62E794934D5 | Tushy | 05/28/2017 00:22:27 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 23 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 05/13/2017 01:56:02 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 24 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 11/13/2017 22:56:10 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 25 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/04/2017 20:32:21 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 26 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/21/2017 02:09:25 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 27 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/10/2017 23:29:52 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 28 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/09/2017 18:09:48 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 29 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/28/2017 01:30:38 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 30 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 12/22/2017 02:45:23 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 31 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/15/2017 23:12:04 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 32 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/06/2017 00:54:06 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 33 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/18/2017 22:55:13 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 34 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 11/27/2017 23:36:51 | 11/27/2017 | 01/04/2018 | PA0002069335 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | Blacked | 06/27/2017 00:36:50 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 36 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/13/2017 00:57:56 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 37 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/12/2017 01:56:31 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 38 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/20/2017 23:46:39 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 39 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/03/2017 00:44:53 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 40 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/22/2017 21:55:10 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 41 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/25/2017 00:11:09 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 42 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 10/20/2017 00:41:27 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 43 | FD5ABF292843D43CEDA28F325E6304367B025169 | Blacked | 12/18/2017 23:06:33 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 44 | FD5E373399EF472BD00ED045C4D244E369622FF6 | Blacked | 05/31/2017 22:24:06 | 05/30/2017 | 06/22/2017 | PA0002039295 |