THE PRIVACY FIRM PC
A Pennsylvania Professional Corporation
Joseph A. Bahgat (NJ ATT'Y ID #006502008)
1701 Walnut Street Suite #70354
P.O. Box 37635
Philadelphia PA  19101-0635
+1 877-721-9027
joe@privacyfirm.law
*Counsel for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, *Plaintiff*; vs. GEORGE BORDLEY, *Defendant*. | CASE NO. 2:18-CV-00868-JHS NOTICE OF APPEARANCE |

The undersigned counsel hereby gives notice of appearance as counsel of record for defendant in the above-captioned matter.

Respectfully submitted,

Dated: 3-Jul-2018

By: _____
Joseph A. Bahgat



### Certification of Service

I certify under Fed. R. Civ. P. 5(b)(2) and L. Civ. R. 5.1.2(8) that on the date stamped above, a true and correct copy of the foregoing paper was filed with the court electronically, and that all counsel of record will be served with a notice of electronic filing at the email address(es) they have registered with the clerk's CM/ECF system.

      /s Joseph A. Bahgat
      Joseph A. Bahgat
      *Counsel for Defendant*



PRIVACY FIRM