# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GEORGE BORDLEY, ) <br> ) <br> Defendant. ) | Civil Case No. 2:18-cv-00868-JHS |

## **PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 37(a)(1), and upon the attached Memorandum of Law in support of this motion and all exhibits attached thereto, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order compelling Defendant, George Bordley ("Defendant") to provide complete responses to Plaintiff's Request for Production Nos. 1, 13, 15, 16 and Interrogatory No. 11 (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: January 31, 2019            Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By:  /s/ *Andrew W. Bonekemper*
   Christian Moffitt, Esq. (206770)
   cmoffitt@foxrothschild.com
   Andrew W. Bonekemper, Esq. (84313)
   abonekemper@foxrothschild.com
   10 Sentry Parkway, Suite 200
   P.O. Box 3001
   Blue Bell, PA 19422-3001
   Tel.: (610) 397-6500
   Fax: (610) 397-0450
   www.foxrothschild.com
   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, a true and correct copy of the foregoing document was served via the CM/ECF system to the following:

Joseph A. Bahgat, Esq.<br>
Privacy Law Firm<br>
1701 Walnut St. #70354<br>
P.O. Box 37635<br>
Philadelphia PA 19101-0635<br>
Email: joe@privacyfirm.law

*Attorney for Defendant*

**FOX ROTHSCHILD, LLP**

By:  /s/ *Andrew W. Bonekemper*
 Christian Moffitt, Esq. (206770)
 cmoffitt@foxrothschild.com
 Andrew W. Bonekemper, Esq. (84313)
 abonekemper@foxrothschild.com
 10 Sentry Parkway, Suite 200
 P.O. Box 3001
 Blue Bell, PA 19422-3001
 Tel.: (610) 397-6500
 Fax: (610) 397-0450
 www.foxrothschild.com
 *Attorneys for Plaintiff*