**PRIVACY FIRM**

Joseph Bahgat <joe@privacyfirm.law>

## Activity in Case 2:18-cv-00868-JHS STRIKE 3 HOLDINGS, LLC v. BORDLEY Order on Motion to Compel

4 messages

---

**ecf_paed@paed.uscourts.gov** <ecf_paed@paed.uscourts.gov>
To: paedmail@paed.uscourts.gov

Tue, Feb 26, 2019 at 3:33 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Eastern District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 2/26/2019 at 3:33 PM EST and filed on 2/26/2019
**Case Name:**      STRIKE 3 HOLDINGS, LLC v. BORDLEY
**Case Number:**    2:18-cv-00868-JHS
**Filer:**
**Document Number:** 18

**Docket Text:**
**ORDER THAT PLAINTIFF'S MOTON TO COMPEL (DOC. NO. [17]) IS GRANTED AS OUTLINED HEREIN. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 2/26/2019.2/26/2019 ENTERED AND COPIES E-MAILED.(amas)**

**2:18-cv-00868-JHS Notice has been electronically mailed to:**

ANDREW W. BONEKEMPER    abonekemper@foxrothschild.com, amitchell@foxrothschild.com

WILLIAM CHRISTIAN MOFFITT    cmoffitt@foxrothschild.com, amitchell@foxrothschild.com, cbickel@foxrothschild.com, lcallow@foxrothschild.com

JOSEPH A. BAHGAT    joe@privacyfirm.law, 2964478420@filings.docketbird.com, ecf-49c532b980fe@ecf.pacerpro.com

**2:18-cv-00868-JHS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=2/26/2019] [FileNumber=16056063-0] [1ec2e581dc6155b2ac5bb2f91697e571255aa7ae259db871e8b7083a22391116ba c582c6994c2b9f84e976ee7dde8db00d98517aed3545aea8a1bfde8cf05cb4]]

---

**joseph a. bahgat** <joe@privacyfirm.law>
To: Andrew Bonekemper <abonekemper@foxrothschild.com>

Mon, Mar 11, 2019 at 12:56 PM

Drew, I was under the impression that you were going to withdraw your motion for sanctions after my client provided the hard drives. I was unaware that you were still waiting on supplemental answers to interrogatories. Is that still the case or do you have everything now?



**joseph a. bahgat**

Internet + IP Litigation Attorney at  The Privacy Firm PC

**A** 1701 Walnut Street #70354 • P.O. Box 37635

Philadelphia PA 19101-0635

**P** +1 215-995-5001 **E** joe@privacyfirm.law

**W** https://privacyfirm.law

Latest blog post: Should U.S. small/medium business owners be freaked out about G.D.P.R.?

Why is this email five sentences or less? http://five.sentenc.es

P.S. Drowning in email? I use SaneBox to keep my Inbox clean https://prv.ac/SaneB0x

[Quoted text hidden]

---

**Bonekemper, Andrew W.** <ABonekemper@foxrothschild.com>                    Tue, Mar 12, 2019 at 9:17 AM
To: "joseph a. bahgat" <joe@privacyfirm.law>

Joe, we are waiting for supplemental responses as outlined in the October letter, and again in the motion.  And the sanctions piece was for the cost of Mr. Bordley's no-show, not the related to the supplemental responses.

Andrew Bonekemper

Partner

Fox Rothschild LLP

(610) 397-7976

 Before printing, think of your responsibility and commitment with the environment

[Quoted text hidden]

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

**joseph a. bahgat** <joe@privacyfirm.law>                    Tue, Mar 12, 2019 at 9:31 AM
To: "Bonekemper, Andrew W." <ABonekemper@foxrothschild.com>

The sanctions cost is outrageous—no vendor can get away with charging that much to just show up for a "house call." Had I known you weren't going to withdraw the motion I would have filed an opposition. Now I have to file a motion for reconsideration.

[Quoted text hidden]