IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

  v.

GEORGE BORDLEY,

        Defendant.

CIVIL ACTION
NO. 18-868

## ORDER

AND NOW, this 29th day of April 2019, it is **ORDERED** that the Clerk of Court **SHALL** docket the attached letter from counsel for Defendant dated April 29, 2019

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.