

**PRIVA FIRM**

JOSEPH A. BAHGAT
Managing Attorney

+1 215 995-5001
joe@privacyfirm.law

1701 Walnut St Ste 70354
PO Box 57635
Philadelphia PA 19101-0635

29 April 2019

*BY FACSIMILE (ONLY)*

The Honorable Joel H. Slomsky
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street - Room 13614
Philadelphia, Pennsylvania 19106

Re:   *Strike 3 Holdings, LLC v. George Bordley*
      No. 2:18-cv-00868-JHS

Dear Judge Slomsky:

This is to confirm in writing my discussions with plaintiff's counsel, Andrew Bonekemper, and your chambers regarding plaintiff's Apr. 22, 2019 request to extend all discovery deadlines in this case.

First of all, to set the record straight, my understanding of the forensic findings of plaintiff's expert is that **there is no evidence of plaintiff's copyrighted works** on any of defendant's computer hard drives. Having said that, I acknowledge that defendant caused a delay in retrieving some of the evidence, and I am therefore amenable to postponing this week's mediation to allow plaintiff's expert additional time to prepare its report, before the parties spend more money on litigation that may prove needless. At the same time, however, given that the available evidence demonstrates that defendant is entitled to summary judgment, I cannot agree to a wholesale extension of discovery that would allow plaintiff to conduct a fishing expedition to search for evidence that both parties now know does not exist.

Hon Joel H. Slomsky
29-Apr-19
2 of 2

For that reason, defendant consents be to all of Mr. Bonekemper's proposed extensions EXCEPT for the extension of fact discovery (which closed last Monday, Apr. 22, 2019).

Respectfully yours,

*Joseph A. Bahgat* (signature)

Joseph A. Bahgat

JAB/

CC:   Andrew W. Bonekemper, Esq. (by email only)