

**Fox Rothschild LLP**
ATTORNEYS AT LAW

10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001
Tel 610.397.6500  Fax 610.397.0450
www.foxrothschild.com

ANDREW W. BONFKEMPER
DIRECT DIAL 610-397-7976
EMAIL ADDRESS: ABonfkemper@foxrothschild.com

April 22, 2019

**VIA FACSIMILE (267-299-5058)**

Honorable Joel H. Slomsky
United States District Court
 For the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street – Room 13614
Philadelphia, PA 19106

    RE:   **Strike 3 Holdings, LLC v. George Bordley**
           **U.S.D.C., E.D.Pa. No. 2:18-cv-00868-JHS**

Dear Judge Slomsky:

I submit this correspondence to respectfully request a two-month extension of the deadlines currently in place regarding the above-referenced matter. The parties are still actively engaged in the exchange of discovery and anticipate that it will take longer than the timeframe currently set forth by the Court to achieve the completion of discovery. This is because there was delay in production of Defendant's computer hard drives (some of which still have not yet been forensically imaged due to technical issues that arose during the production meeting). In addition, although Plaintiff's experts have already located evidence of Defendant's BitTorrent use, Plaintiff's expert still requires additional time to review all the data contained in each of the hard drives and compose an expert report regarding same. Further, the results of expert examination will be the subject of deposition questions. Therefore, Plaintiff cannot depose Defendant until after production and examination of each hard drive. Per your staff's prior instruction, the proposed new deadlines are set forth in the attached Proposed Order. I have attempted to confer with Joseph Bahgat, Esquire, attorney for Defendant, George Bordley via e-mail and telephone, but I have been unable to reach him. I will notify the Court after I hear from Mr. Bahgat, and will advise if Defendant opposes the relief requested herein.

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida
Illinois    Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas

Active\93773474



Fox Rothschild LLP
ATTORNEYS AT LAW

April 22, 2019
Page 2

The parties hereby Plaintiff respectfully request that the case management deadline be extended as follows.

| Deadline | Date (Per Docket No. 16) | Proposed Extension |
|---|---|---|
| Discovery | April 22, 2019 | June 28, 2019 |
| Mediation before Magistrate Judge Carol Wells | April 30, 2019 at 10:30 a.m. | June 28, 2019 |
| Rebuttal Expert Reports Due | June 17, 2019 | August 16, 2019 |
| Expert Report (Federal Rule of Civil Procedure 26(a)(2)(B)) | June 3, 2019 | August 2, 2019 |
| Deadline to Depose Experts | July 1, 2019 | August 30, 2019 |
| Dispositive and Daubert Motions | July 29, 2019 | September 27, 2019 |
| Service of marked Trial Exhibits *See* Dkt. 16, ¶7) | August 12, 2019 | October 11, 2019 |
| Responses to Dispositive and Daubert Motions | August 19, 2019 | October 18, 2019 |
| Deadline to file Pretrial Memoranda | August 26, 2019 | October 25, 2019 |
| Deadline to file Motions in Limine and other Pretrial Motions | September 9, 2019 | November 8, 2019 |
| Deposition Objections | September 9, 2019 | November 8, 2019 |
| Deadline to file Responses to Motions in Limine and other Pretrial Motions | September 16, 2019 | November 15, 2019 |
| File Joint Proposed Jury Instructions | September 16, 2019 | November 15, 2019 |
| Voir Dire Questions | September 16, 2019 | November 15, 2019 |
| Final Pretrial Conference | September 23, 2019 at 2:30 p.m. in Chambers (Room 13614) | November 22, 2019 |
| Trial | September 30, 2019 at 9:30 a.m. in Courtroom 13A | November 29, 2019 |

Active\93773474



Fox Rothschild LLP
ATTORNEYS AT LAW

April 22, 2019
Page 3

I thank Your Honor in advance for your consideration of this request. If you have any questions or comments, please do not hesitate to contact me.

Respectfully,

Andrew W. Bonekemper

/am

cc:  Joseph Bahgat, Esquire (*via email*)

Active\93773474