UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE BORDLEY,<br><br>        Defendant. | Civil Case No. 2:18-cv-00868-JHS |

**PLAINTIFF'S MOTION TO HOLD DEFENDANT IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH THE COURT'S FEBRUARY 26, 2019 ORDER**

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Pursuant to Fed. R. Civ. P. 37(b), and upon the attached Memorandum of Law in support of this motion and all exhibits attached thereto, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order holding Defendant George Bordley ("Defendant") in civil contempt for failing to comply with the Court's February 26, 2019 Order [ECF No. 18] (the "Motion"). A proposed form of order is attached pursuant Local Civil Rule 7.1(a).

Dated: June 4, 2019

                                            Respectfully submitted,

                                            **THE ATKIN FIRM, LLC**

                                            By:  */s/ John C. Atkin*
                                            John C. Atkin, Esq. (326957)
                                            55 Madison Avenue, Ste. 400
                                            Morristown, NJ 07960
                                            Tel.: (973) 285-3239
                                            Fax: (833) 693-1201
                                            JAtkin@atkinfirm.com
                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 7.1(d), I hereby certify that on the date set forth below, I caused a true and correct copy of the Plaintiff Strike 3's Notice of Motion To Hold Defendant in Civil Contempt for Failure to Comply with the Court's February 26, 2019 Order; Memorandum of Law in support thereof; Declaration of Jessica Fernandez; and this certificate of service, to be served via the CM/ECF system on the following:

Joseph A. Bahgat, Esq.
Privacy Law Firm
1701 Walnut St. #70354
P.O. Box 37635
Philadelphia PA 19101-0635
Email: joe@privacyfirm.law
*Attorney for Defendant*

Dated: June 4, 2019                  By:  */s/ John C. Atkin*
                                          John C. Atkin, Esq. (326957)
                                          55 Madison Avenue, Ste. 400
                                          Morristown, NJ 07960
                                          Tel.: (973) 285-3239
                                          Fax: (833) 693-1201
                                          JAtkin@atkinfirm.com
                                          *Attorneys for Plaintiff*