UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>GEORGE BORDLEY,<br><br>               Defendant. | Civil Case No. 2:18-cv-00868-JHS |

**DECLARATION OF JESSICA FERNANDEZ IN SUPPORT OF PLAINTIFF'S MOTION TO HOLD DEFENDANT IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH THE COURT'S FEBRUARY 26, 2019 ORDER**

I Jessica Fernandez, do hereby state and declare as follows:

    1.    My name is Jessica Fernandez. I am over the age of 18 and I am otherwise competent to make this declaration.

    2.    This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

    3.    I am Senior Counsel at Strike 3 Holdings, LLC ("Plaintiff").

    4.    To date, Plaintiff has not received payment of $2,630.46 from Defendant George Bordley, as required by the Court's February 26, 2019 Order.

    5.    Additionally, to date, Plaintiff has not received confirmation that Defendant's original answer to Interrogatory No. 3 is complete. And, Defendant has not produced any documents responsive to Requests for Production Nos. 11, 13, 15, and 16 nor has it received confirmation that documents responsive to those requests do not exist.

  Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3, 2019

                     _____
                     JESSICA FERNANDEZ