

# PRIVACY
## FIRM

**JOSEPH A. BAHGAT**
Managing Attorney

+1 215 995 5001
joe@privacyfirm.law

1701 Walnut St. Ste 70354
P O Box 37635
Philadelphia PA 19101-0635

5 June 2019

*BY FACSIMILE*

The Honorable Joel H. Slomsky
U.S. District Court, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, R.m 13614
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:  Strike 3 Holdings, LLC v. Bordley**
**No. 2:18-cv-00868-JHS**

Your Honor:

I am writing on behalf of defendant George Bordley, to correct misstatements made
yesterday in a letter from my adversary, John Atkin, Esq.

First and foremost, I did not agree to another extension of fact discovery. What I said to
Mr. Atkin was that defendant provided all the requested discovery to plaintiff months
ago—prior to Mr. Atkin's appearance in the case—but as a matter of courtesy, that I
would agree to an extension if he demonstrated to me that my client has failed to provide
some discovery that was preventing plaintiff from moving the case forward. Mr. Atkin
never identified any discovery that was still outstanding, and instead submitted his letter
to Your Honor, which doesn't fairly represent the substance of our discussion.

Although Mr. Atkin now claims that defendant has still not provided complete responses
to Interrogatory No. 3, and Requests for Production Nos. 1, 11, 13, 15, and 16, this is simply
untrue. I am attaching to this letter defendant's excerpted response to Interrogatory No.
3, as well as the email from plaintiff's prior counsel, Drew Bonekemper, which, together
with the attached chain of custody affidavits, confirms that defendant's hard drives were
produced and imaged on Feb. 22, 2019.

LEGAL PROS FOR YOUR INTERNET WOES℠

PHILADELPHIA · NEW BRUNSWICK  COLUMBUS
https //privacyfirm law



After plaintiff's expert had ample time to review defendant's hard drive contents, I had a discussion with Mr. Bonekemper, during which he confirmed that there was **no evidence of plaintiff's copyrighted works** on any of defendant's computer hard drives. Mr. Bonekemper asked if I would agree to postpone the April mediation and to extend expert discovery to allow plaintiff's expert to complete its report. In response I said that I would agree if plaintiff agrees not to enforce the monetary sanction awarded because plaintiff forgot to withdraw its motion to compel after defendant provided all the discovery.

In light of there being no direct evidence that defendant is the infringer, on Apr. 23, 2019, Mr. Bonekemper notified me that plaintiff was reducing its settlement demand to $2,500, which is roughly 90% lower than plaintiff previous demand. Suddenly thereafter, and without any warning or notice, Mr. Bonekemper withdrew from plaintiff's representation. Now it seems that Mr. Atkin wants another bite at the apple—*i.e.* more time to fish for circumstantial evidence that might contradict the direct evidence plaintiff already has, proving that Mr. Bordley is NOT the infringer.

Defendant provided ALL requested discovery to plaintiff over three months ago, and plaintiff has done nothing to move the case forward since. Discovery has already been extended twice, both with and without consent, and in this situation, because defendant provided all the discovery months ago, plaintiff cannot meet the "good cause" standard for another discovery extension. I therefore object to plaintiff's request and respectfully request that the same be denied.

Respectfully yours,

Joseph A. Bahgat

JAB/kg
Enclosures

CC: All counsel of record (by email only)

or circumstances that may later come to respondent's attention. Respondent expressly reserves the right to further supplement, amend, or otherwise revise the below responses to interrogatories in accordance with Fed. R. Civ. P. 26(e).

**INTERROGATORY NO. 1.** State YOUR full name, address, and phone number.

RESPONSE TO INTERROGATORY NO. 1:

George Bordley
403 Saginaw Road
New London, PA 19352
302-229-7632

**INTERROGATORY NO. 2.** IDENTIFY any courses, classes or certifications in school, college, or any other educational or instructional program that YOU have taken or attended to learn how to operate or program COMPUTER DEVICES and computer software.

RESPONSE TO INTERROGATORY NO. 2: Respondent obtained a bachelor of science in Information Technology from University of Phoenix.

**INTERROGATORY NO. 3.** IDENTIFY by brand, trademark, model number, version, serial number and by any other relevant form of identifier each of the COMPUTER DEVICES USED in your home during the last three years.

RESPONSE TO INTERROGATORY NO. 3: Respondent repeats the general objections to these interrogatories, and further objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, and disproportional to the claims in the complaint because it seeks information about individuals who are not parties to this lawsuit, some of whom may be or at all times relevant were minor children whose personal information might be contained on devices responsive to this interrogatory. Further, respondent objects because this interrogatory seeks information not relevant to the claims in the complaint and not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objection(s), respondent is aware of the following devices having been used in the home within the past three years:

1.  Dell Inspiron 3520 computer (#4t6jcv1)

---



**PRIVACY**
FIRM

2. multiple Apple iPads
3. Seagate portable backup drive
4. Apple MacBook Pro Model A1278 (3#)
5. Samsung Note 4
6. Apple iPhone X (3#)
7. Apple iPhone 6s (3#)
8. Apple MacBook Air Model A1466
9. Samsung Galaxy smartphone

**INTERROGATORY NO. 4.** For each COMPUTER DEVICE identified in Interrogatory No. 3, state the date each COMPUTER DEVICE was purchased and from where it was pur-chased.

RESPONSE TO INTERROGATORY NO. 4: Respondent repeats the objections and responses to the preceding request as if fully re-written herein. Subject to and without waiving the foregoing objections respondent states on information and belief that the above devices were purchased or acquired as follows:

1. Purchased from Dell, Nov. 2012
2. Purchased at Apple Store around Dec. 2014, and also purchased from private party seller around Feb. 2018
3. Purchased at Costco (Newark, DE) in 2015
4. Purchased at Apple Store, around Nov. 2015
5. Purchased at Costco (Newark, DE) around Sep. 2015
6. Purchased from Verizon Wireless, around Mar. 2018, Aug. 2018
7. Purchased at Best Buy (Newark, DE) around Jul. 2016
8. Borrowed from employer
9. Purchased at Costco (Newark, DE) around Jul. 2016

**INTERROGATORY NO. 5.** IDENTIFY each PERSON YOU authorized to have access to any COMPUTER DEVICE identified in Interrogatory No. 3 during the last three years, and state the duration during which each such PERSON had access.

RESPONSE TO INTERROGATORY NO. 5: Respondent repeats the general objec-tions to these interrogatories, and further objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, and disproportional to the claims in the complaint because it seeks information about individuals who are not parties to this

---



PRIVACY
FIRM

# ℗ | PRIVACY
FIRM

Joseph Bahgat <joe@privacyfirm.law>

---

## Strike 3 v. Bordley
2 messages

---

**Bonekemper, Andrew W.** <ABonekemper@foxrothschild.com>                                                     Fri, Feb 22, 2019 at 4:26 PM
To: joseph bahgat <joe@privacyfirm.law>
Cc: "Bandlow, Lincoln D." <lbandlow@foxrothschild.com> "Moffitt, Christian" <CMoffitt@foxrothschild.com>


Joe, attached are the receipts from TPS re: the return of the devices returned this afternoon.


Will you provide us with the address to return the hard drive?  If Mr. Bordley was supposed to provide it, I do not have a record of it and he did not mention it.


Thanks.


Drew


Andrew Bonekemper
Partner
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
PO Box 3001
Blue Bell, PA 19422-3001
(610) 397-7976 - direct
(610) 397-0450- fax
ABonekemper@foxrothschild.com
www.foxrothschild.com

🖨 Before printing, think of your responsibility and commitment with the environment


This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

📎 20190222_16195389167-C2.PDF
839K

---

**joseph a. bahgat** <joe@privacyfirm.law>                                                                     Mon, Feb 25, 2019 at 3:27 PM
To: "Bonekemper, Andrew W." <ABonekemper@foxrothschild.com>

Thanks Drew. Please have Mr. Bordley's hard drive sent to him at:

George Bordley
403 Saginaw Road
New London, PA 19352


        joseph a. bahgat

## ORIGINAL PROPERTY CONTROL AND CHAIN OF CUSTODY DOCUMENT

**TRANSPERFECT DIGITAL FORENSICS**

| | |
|---|---|
| CASE NUMBER | C 20-28079 |
| DM NUMBER | DM 0153683 |
| EVIDENCE NUMBER | 035-0002 |

| | | | |
|---|---|---|---|
| DATE: 2/22/19 | OFFICE: Milly | EXAMINER NAME | Brad e Bogan |

### CUSTODIAN INFORMATION

| | |
|---|---|
| NAME: George Bordley | LOCATION: Fox Rothschild |

### SUBJECT DEVICE INFORMATION

[ ] Desktop [X] Laptop [ ] Portable Device [ ] Server [ ] USB Device [ ] Media Card [ ] Other:

| | | | |
|---|---|---|---|
| MACHINE NAME | | MANUFACTURER | Apple |
| TIME ZONE | P.ST | MODEL NUMBER | MacBook Pro |
| BIOS DATE/TIME | 2/22/19 | 9:32 AM | SERIAL NUMBER | DX1SQ039F5WV |
| ACTUAL DATE/TIME | 2/21/19 | 9:32 AM | ASSET TAG | |

### SUBJECT MEDIA INFORMATION

MEDIA DESCRIPTION:

"Kelly Bordley" (123)
(A) mode
Recon Imager 2.0.3
thunderbolt to usb 3.0 its tough tech
~~Both compressed~~ (DMG)

OS X El Capitan
version 10.11.6
(filevault)

| | | | |
|---|---|---|---|
| MANUFACTURER | | HARD DRIVE SIZE | S |
| MODEL NUMBER | | ENCRYPTION TYPE | |
| SERIAL NUMBER | | ENCRYPTION KEY | |

### DESTINATION MEDIA INFORMATION

| | | | |
|---|---|---|---|
| STORAGE DRIVES | Primary 267638 | Secondary 267640 | |
| ENCRYPTION TYPE | | | |
| ENCRYPTION KEY | | | |
| COLLECTION DEVICE | | | |

### CHAIN OF CUSTODY

| REASON/ACTION | RELEASED BY | RECEIVED BY | DATE/TIME |
|---|---|---|---|
| RELEASED FOR ACQUISITION | Signature [signed] / Printed Name: Gge Bordley | Signature [signed] / Printed Name: DAVID P. SMALLEY | Date 02/22/19 / Time 0930 hrs |
| RETURN OF ITEM & RELEASE OF DATA | Signature [signed] / Printed Name: DAVID P. SMALLEY | Signature [signed] / Printed Name: Gge Bordley | Date 2/22/19 / Time 2/22/19 |

5-Jun-2019   15:01      Fax                                    17327332386                    p.8



ORIGINAL PROPERTY CONTROL AND CHAIN OF CUSTODY DOCUMENT

CASE NUMBER | C 2028079