IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>GEORGE BORDLEY,<br><br>              Defendant. | CIVIL ACTION<br>NO. 18-868 |

## ORDER

**AND NOW**, this 5th day of June 2019, it is **ORDERED** that the Clerk of Court **SHALL** docket the attached letter from Plaintiff's counsel, John C. Atkin, Esquire, dated June 4, 2019.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.