# The Atkin Firm, LLC
Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C Atkin, Esq *

---

* Member of NJ, NY, and PA Bar

Tel (973) 285-3239
Fax (833) 693-1201
Email JAtkin@atkinfirm.com

June 4, 2019

**VIA Facsimile (267) 299-5058**

Honorable Joel H. Slomsky
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street-Room 13614
Philadelphia, PA 19106

      **Re:   Strike 3 Holdings, LLC v. Bordley**
            **Dkt. No. 2:18-cv-00868-JHS**

Judge Slomsky:

     I represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matter. I write with the consent of my adversary to respectfully request a 60-day extension to the deadlines set forth in the Court's April 29, 2019 Amended Scheduling Order. [ECF No. 22]. However, Strike 3 does **not** request an extension of the mediation, currently scheduled before Judge Wells on June 27, 2019 at 10:30 a.m. *Id.*

     On February 26, 2019, the Court granted Strike 3's motion to compel and entered an order requiring Defendant to, among other things, provide a complete response to Plaintiff's Interrogatory No. 3, and responsive documents and computer hard drives to Requests for Production Nos. 1, 11, 13, 15, and 16. Defendant has not provided responses to these written discovery requests, which has resulted in further a delay in Strike 3 being able to (1) provide its experts with all of the documents necessary for their analysis and (2) adequately prepare for the deposition of Defendant

     Defendant's counsel has consented to this request. Thank you for your attention to this matter.

Respectfully submitted,

John C Atkin, Esq.

cc:   Jonathan D. Klein, Esq. (via email)
       Joseph Baghat, Esq. (via email)