IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

GEORGE BORDLEY.,

        Defendant.

CIVIL ACTION
NO. 18-868

## ORDER

**AND NOW**, this 10th day of June 2019, upon consideration of Plaintiff's First Motion for Contempt (Doc. No. 31), a letter from Plaintiff's counsel dated Jnue4, 2019 (Doc. No. 35), a letter from Defendant's counsel dated June 5, 2019 (Doc. No. 33), and for the reasons given by the Court during the telephone conference held on the record with counsel for the parties on June 10, 2019, it is **ORDERED** that Plaintiff's First Motion for Contempt (Doc. No. 31) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.